## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>       Plaintiff,<br>   v.<br>JOHN DOE subscriber assigned IP address 173.64.119.92,<br>       Defendant. | Case No. 1:14-cv-0223-MJG<br><br>Assigned to:  Honorable Marvin J. Garbis<br>               United States District Judge |
| MALIBU MEDIA, LLC,<br>       Plaintiff,<br>   v.<br>JOHN DOE subscriber assigned IP address 71.200.143.209,<br>       Defendant. | Case No. 1:14-cv-0257-CCB<br><br>Assigned to:  Honorable Catherine C. Blake<br>               United States District Judge |
| MALIBU MEDIA, LLC,<br>       Plaintiff,<br>   v.<br>JOHN DOE subscriber assigned IP address 74.103.54.222,<br>       Defendant. | Case No. 1:14-cv-0260-CCB<br><br>Assigned to:  Honorable Catherine C. Blake<br>               United States District Judge |
| MALIBU MEDIA, LLC,<br>       Plaintiff,<br>   v.<br>JOHN DOE subscriber assigned IP address 76.100.228.15<br>       Defendant. | Case No. 1:14-cv-0263-RDB<br><br>Assigned to:  Honorable Richard D. Bennett<br>               United States District Judge |

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>           Plaintiff,<br>     v.<br><br>JOHN DOE subscriber assigned IP address 98.204.121.246,<br>           Defendant. | Case No. 1:14-cv-0660-GLR[1]<br><br>Assigned to:  Honorable George Levi Russell, III<br>                    United States District Judge |

**DECLARATION OF GABRIEL J. QUEARRY**

---

[1] An identical version of this document is being filed concurrently in all cases identified on the caption.

- 2 -

## **DECLARATION**

I, Gabriel J. Quearry, am over the age of 18. I hereby declare as follows:

1. I am a member in good standing of the State Bar of Indiana, duly admitted to the practice of law in the state and the United States District Court for the Southern District of Indiana.

2. I am defense counsel for Michael Harrison in the case of *Malibu Media, LLC v. Hinds, et al.,* Civil Case No. 1:12-cv-01117-WTL-MJD.

3. In September 2013, I received a copy of a compact disc which Malibu Media, LLC ("Malibu Media"), by its counsel, Paul J. Nicoletti, produced during discovery in the case mentioned in paragraph 2.

4. The disc purportedly contains four different types of files:
    a. The ".torrent" files for each of the movies that IPP allegedly detected infringements;
    b. A copy of each of the movies from the .torrent files in ".tar" compressed format;
    c. PCAP files purportedly evidencing the digital handshakes that allegedly occurred between IPP and the IP Address assigned to my client; and,
    d. PDF Technical Reports regarding the alleged infringements.

5. Supposedly, each of the four different types of files were created by and originated from IPP International U.G. ("IPP").

6. No properties associated with the PCAP files have been found such as an audit trail showing who input the data, when, or how the data was generated.

7. To the best of my knowledge, no such properties have been found for the other three file types.

8. After opening the .tar files which purport to be complete copies of the movies from the .torrent files, I observed that the subfolders for each of the movies from the .torrent files are labeled **"torrents_guarda."**

9. A copy in the form of a screen shot of my direct observation is attached to this declaration as Exhibit A.

10. I do not believe that the information contained in Exhibit A is subject to the Court's Protective Order [Dkt. 177] in Civil Case No. 1:12-cv-01117-WTL-MJD because each of the file hash values for the movies from the .torrent files are publicly available.

11. I further do not believe that the information contained in Exhibit A is subject to the Protective Order [Dkt. 177] because Malibu Media represents that neither Malibu nor IPP has a contractual relationship or otherwise with Guardaley, and the information suggests that IPP and Guardaley are not competitors whereby the disclosure of said information may have the effect of causing harm to IPP's competitive position.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2014 at 386 Meridian Parke Lane, Greenwood, Indiana 46142.

*/s/ Gabriel J. Quearry*_____
Gabriel J. Quearry, Esq., Declarant

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of the Court using ECF, which will send notification of such filing to all attorneys of record.

*/s/ Morgan E. Pietz*
Morgan E. Pietz

DATED: May 30, 2014