

| | | | |
|---|---|---|---|
| 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Jan 24, 2014 10:45 AM | -- | Folder |
|   mnt | Jan 24, 2014 10:45 AM | -- | Folder |
|     torrents_guarda | Jan 24, 2014 10:45 AM | -- | Folder |
|       new | Jan 24, 2014 10:45 AM | -- | Folder |
|         9CA481711F4532C0…BA22A74D1EF205E2 | Jan 24, 2014 10:44 AM | -- | Folder |
|           X-Art – Romantic … Connie [720p].wmv | May 17, 2012 10:20 AM | 704.1 MB | Windows media |
| B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Jan 24, 2014 11:41 AM | -- | Folder |
|   mnt | Dec 24, 2013 9:40 AM | -- | Folder |
|     torrents_guarda | Dec 24, 2013 9:40 AM | -- | Folder |
|       new | Dec 24, 2013 9:40 AM | -- | Folder |
|         B17E6CBB71FF9E931…C5EC7A3B8F29BB1E | Dec 24, 2013 9:39 AM | -- | Folder |
|           X-Art – Pretty Back… Linsay [720p].wmv | May 10, 2012 4:21 AM | 683.4 MB | Windows media |
| mnt 2 | Today, 3:26 PM | -- | Folder |
|   torrents_guarda | Today, 3:26 PM | -- | Folder |
|     new | Today, 3:27 PM | -- | Folder |
|       77A45D676CEF28F3E…B4C602CADC6BBAA69 | May 14, 2012 4:06 AM | -- | Folder |
|         X-Art – Introducing Diana [1080p].mov | May 14, 2012 4:06 AM | 441.4 MB | Quick… movie |
| mnt 3 | Today, 3:28 PM | -- | Folder |
|   torrents_guarda | Today, 3:28 PM | -- | Folder |
|     new | Today, 3:28 PM | -- | Folder |
|       21629FC4676869D83…DB2AE8F2EC14770F19 | Jun 1, 2012 10:35 AM | -- | Folder |
|         X-Art – Sneak n Peek…mantha [1080p].mov | Jun 1, 2012 10:35 AM | 1.01 GB | Quick… movie |
| mnt 4 | Today, 3:29 PM | -- | Folder |
|   torrents_guarda | Today, 3:30 PM | -- | Folder |
|     new | Today, 3:30 PM | -- | Folder |
|       59448198C43090645…289900D8EBB4D4D04 | Nov 19, 2011 6:20 AM | -- | Folder |
|         [X-Art] Wet Orgasm – Veronica [1080p].mov | Nov 19, 2011 6:20 AM | 588.1 MB | Quick… movie |
| mnt 5 | Today, 3:30 PM | -- | Folder |
|   torrents_guarda | Today, 3:31 PM | -- | Folder |
|     new | Today, 3:31 PM | -- | Folder |
|       EA1E6AE4D6A32559A…5846FD8C3120A6A21 | May 22, 2012 3:40 AM | -- | Folder |
|         X-Art – Avril ** NEW …2012 ** HD 720.wmv | May 22, 2012 3:40 AM | 585.9 MB | Windows media |