# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | CASE NO. 1:14-cv-0223-MJG |
| Plaintiff, | * | Assigned to: Honorable Marvin J. Garbis United States District Judge |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 173.64.119.92,** | * | |
| | * | |
| Defendant. | * | |
| **MALIBU MEDIA, LLC,** | * | CASE NO. 1:14-cv-0257-CCB |
| Plaintiff, | * | Assigned to: Honorable Catherine C. Blake United States District Judge |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 71.200.143.209,** | * | |
| | * | |
| Defendant. | * | |
| **MALIBU MEDIA, LLC,** | * | CASE NO. 1:14-cv-00263-RDB |
| Plaintiff, | * | Assigned to: Honorable Richard D. Bennett United States District Judge |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 76.100.228.15,** | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE[CM/ECF 18]**

Plaintiff, Malibu Media, LLC, hereby moves for the entry of an order extending the time within which Plaintiff has to reply to its Motion to Strike Declaration of Morgan E. Pietz [CM/ECF 18] and states:

1. On April 28, 2014, Plaintiff filed its Motion to Strike Declaration of Morgan E. Pietz and on May 15, 2014 Defendants opposed Plaintiff's Motion. Plaintiff's reply to its Motion to Strike Declaration of Morgan E. Pietz is due today, June 2, 2014.

2. Plaintiff respectfully requests a brief two day extension to file its reply to Defendants' opposition.

3. Plaintiff has conferred with Defendants and Defendants have informed Plaintiff that they do not oppose a brief two day extension to respond.

4. Defendants will not be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it must respond to its Motion to Strike Declaration of Morgan E. Pietz [CM/ECF 18] be extended until June 4, 2014. A proposed order is attached for the Court's convenience.

Dated:  June 2, 2014

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF

By: /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/*Jon A. Hoppe*

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that Plaintiff has conferred with counsel for Defendants, who has advised that his clients do not oppose the relief requested·

By: /s/*Jon A. Hoppe*