FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUN -3 A 11:12

CLERK'S OFFICE
AT BALTIMORE

BY:_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | CASE NO. 1:14-cv-0223-MJG |
| Plaintiff, | * | Assigned to: Honorable Marvin J. Garbis<br>United States District Judge |
| | * | |
| JOHN DOE subscriber assigned IP address 173.64.119.92, | * | |
| | * | |
| Defendant. | | |
| | * | |
| MALIBU MEDIA, LLC, | * | CASE NO. 1:14-cv-0257-CCB |
| Plaintiff, | * | Assigned to: Honorable Catherine C. Blake<br>United States District Judge |
| v. | * | |
| JOHN DOE subscriber assigned IP address 71.200.143.209, | * | |
| | * | |
| Defendant. | | |
| | * | |
| MALIBU MEDIA, LLC, | * | CASE NO. 1:14-cv-00263-RDB |
| Plaintiff, | * | Assigned to: Honorable Richard D. Bennett<br>United States District Judge |
| v. | * | |
| JOHN DOE subscriber assigned IP address 76.100.228.15, | * | |
| | * | |
| Defendant. | | |
| | * | |

## ORDER

IN CONSIDERATION of the Motion filed by Plaintiff for extension of time to reply to its Motion to Strike Declaration of Morgan Pietz in the above-captioned matter, and in further consideration of Defendant's non-opposition, it is this 2nd day of June, 2014 by the United States

District Court for the District of Maryland hereby ORDERED, that Plaintiff's Motion is GRANTED. Plaintiff shall have until June 4, 2014 to reply to its Motion to Strike Declaration of Morgan Pietz [CM/ECF 18].

By        /s/
**UNITED STATES DISTRICT JUDGE**
MARVIN J. GARBIS