

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge
410-962-7700

June 20, 2014

ALL COUNSEL OF RECORD

    Re:  <u>Malibu Media v. John Doe Subscribers - 14-223 MJG; 14-257 RWT; and 14-263 PWG</u>

Dear Counsel:

    The Court shall hold a hearing on the pending motions in the above-captioned cases on Wednesday, July 30, 2014 at 2:15 p.m. ET in Courtroom 5C, United States District Court, 101 W. Lombard Street, Baltimore, Maryland.  Judges Titus, Grimm, and Garbis will jointly preside over the hearing.

    Although informal, this letter constitutes an Order of the Court.

    Yours truly,

    _____/s/_____
    Marvin J. Garbis
    United States District Judge

cc:  Clerk
    Judge Paul W. Grimm
    Judge Roger W. Titus