UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | CASE NO. 1:14-cv-0223-MJG |
| **Plaintiff,** | * | |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 173.64.119.92,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |
| **MALIBU MEDIA, LLC,** | * | CASE NO. 1:14-cv-0257-RWT |
| **Plaintiff,** | * | |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 71.200.143.209,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |
| **MALIBU MEDIA, LLC,** | * | CASE NO. 1:14-cv-00263-PWG |
| **Plaintiff,** | * | |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 76.100.228.15,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE, Plaintiff is attaching hereto a copy of the Opinion and Order

Denying Defendant's Motion *In Limine* To Exclude Evidence entered in *Malibu Media, LLC v.*

1

*Pontello*, 13-CV-12197, 2014 WL 3528615 (E.D. Mich. July 16, 2014).  Judge Drain's order directly relates to many of the same issues before this Court in Defendant's Motion for Order to Show Cause as to Why All Evidence and Data from Tobias Fieser and His Company IPP Should Not Be Precluded and These Cases Dismissed.  Specifically, Judge Drain found that evidence should not be excluded because there was no indication that Malibu Media paid IPP for its testimony, and not for data services.

> [R]eliance on Malibu's discovery responses from a past case is insufficient to establish that Malibu is paying IPP for specific testimony. Mr. Feiser and Ms. Field's sworn affidavits belie that claim. In any event, the unresolved question of fact underlying Pontello's claim necessarily precludes the Court from determining that IPP's evidence is "clearly inadmissible".

*Id*.

Judge Drain further noted that "[Defendant] has presented no evidence that Malibu paid IPP or Mr. Feiser for specific testimony in this case (as opposed to compensating IPP for its data collection services)" and that "[b]ecause neither the Federal Unlawful Gratuity Statute nor the rules of professional conduct provide a basis for excluding IPP or Mr. Feiser's evidence, [Defendant's] argument goes to the weight of that evidence, not its admissibility." *Id*. at *3.

Judge Drain joins the Southern District of Indiana and the Northern District of Illinois in finding that defendants have not set forth a valid reason to exclude evidence or the testimony of Tobias Fieser.  *See Malibu Media, LLC v. Doe*, 13 C 8484, 2014 WL 1228383 (N.D. Ill. Mar. 24, 2014); *Malibu Media, LLC v. Kelley Tashiro*, 1:13--cv--00205--WTL--MJD (S.D. In., Sept. 25, 2013).

Dated: July 24, 2014

    Respectfully submitted,

    MALIBU MEDIA, LLC.
    PLAINTIFF

By: /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
  Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jon A. Hoppe*