# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO. 1:14-cv-00223-MJG** |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 173.64.119.92,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

## STATUS REPORT

On January 30, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Internet Services, to obtain the Defendant's identity [CM/ECF 6]. Plaintiff immediately effectuated service of the subpoena on the ISP. Plaintiff received the information from the ISP on October 2, 2014 and immediately began conducting its investigation on the Defendant. Said investigation is still ongoing. At this time, the parties have begun discussing settlement. If settlement is not reached on this case, Plaintiff will proceed to amend its complaint and send it out for service on the Defendant.

Dated: December 11, 2014     Respectfully submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esq.
Maddox, Hoppe, Hoofnagle & Hafew, LLC
1401 Mercantile Lane, Ste. 105
Largo, MD 20774
Tel: (301) 341-5727
Facsimile: (301) 341-5727
E-mail: jhoppe@mhhhlawfirm.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:    /s/ *Jon A. Hoppe*